# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3936
Lower Tribunal No. 2023-GA-000163-O

_____

IN RE: Guardianship of William R. Williams.

JOHN WILLIAMS,

Appellant,

v.

WILLIAM R. WILLIAMS,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Michael Murphy, Judge.

December 9, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and MIZE, JJ., concur.


H. Kyle Fletcher, of Fletcher Law Firm, P.A., Oviedo, for Appellant.

Pamela Grace Martini, of Law Office of Pamela G. Martini, PLLC, Orlando, for Appellee.

Renée Vermette Peppy, of The Elder Law Center of Kirson & Fuller, Orlando, for Chandra Lee Williams Short.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED